IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE GREEN, | : | CIVIL ACTION NO. 1:13-CV-2978 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS | : | |
| Defendants | : | |

ORDER

AND NOW, this 28th day of January, 2014, upon consideration of plaintiff's complaint (Doc. 1) it is hereby ORDERED that:

1. The motion to proceed in forma pauperis (Doc. 3) is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.

2. Plaintiff shall file an amended complaint on or before February 21, 2014.

3. The amended complaint shall contain the same case number that is already assigned to this action, 1:13-CV-2978, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. See FED. R. CIV. P. 8(e).

4. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of Court and will result in dismissal of the complaint. See FED. R. CIV. P. 20.

5. Failure to file an amended complaint within the specified time period will result in dismissal of the action for failure to comply with an order of court.

   /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania