IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE GREEN,** | : | CIVIL ACTION NO. 1:13-CV-2978 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS, BICKEL, SETTLE, TAYLOR, MORRISON, ECKARD GARMEN, HOLTZ,** | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 12th day of March, 2015, upon consideration of defendants' motion (Doc. 21) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), it is hereby ORDERED that:

1. Defendants' motion (Doc. 21) is GRANTED. The amended complaint (Doc. 17) is DISMISSED in its entirety.

2. Plaintiff's motion (Doc. 32) for sanctions is DENIED.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is deemed frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania